Case 2:08-cv-03417-FFM

1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Betty J. Thomas

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 BETTY J. THOMAS,                ) Case No.: CV 08-3417 FFM
                                   )
12             Plaintiff,          ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13       vs.                       ) ATTORNEY FEES PURSUANT TO
                                   ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
15                                 )
               Defendant           )
16 _____  )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that the Commissioner shall pay to Law Offices of

21 Lawrence D. Rohlfing, as Plaintiff's assignee, the amount of $3,900.00, as

22 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

23 Stipulation.

   DATE: 8/6/10
24
                                    _____
25                                  THE HONORABLE FREDERICK F. MUMM
                                    UNITED STATES MAGISTRATE JUDGE
26

-1-